IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHAREE BRUNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6524 |
| | : | |
| MICHAEL JOSEPH HILLEGAS, et al. | : | |

## **ORDER**

AND NOW, this 1st day of May, 2026, upon consideration of Petitioner Kharee Brunson's

pro se Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, and for the reasons set forth

in the accompanying Memorandum, it is ORDERED:

1. The Petition (ECF No. 2) is DISMISSED as moot. The dismissal is without prejudice to

   Brunson's right to file a habeas petition under 28 U.S.C. § 2254 challenging his state court

   judgments.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to mark this case CLOSED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.